Certificate Number: 12433-PAE-DE-032765829

Bankruptcy Case Number: 15-10365



12433-PAE-DE-032765829

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2019, at 4:30 o'clock PM EDT, Gardenia Bradley completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 3, 2019

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher