United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 15-10365-elf
Gardenia Bradley                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db             +Gardenia Bradley,    8316 Temple Road,    Philadelphia, PA 19150-2015
13458985      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13458986       +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13514772       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13458988       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13536020       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13477652       +Department Stores National Bank For Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13477651       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13516895        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13845463       +LAKEVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD, MS 5-21,    CORAL GABLES, FL 33146-1837
13839189       +M&T Bank,   c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13489770       +M&T Bank,   c/o Joshua I. Goldman, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13525702       +Matrix Financial Services Corporation,    Flagstar Bank, F.S.B.,    5151 Corporate Drive,
                 Troy, MI 48098-2639
13458994       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13458999       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13501697       +WELLS FARGO BANK, N.A.,    MAC: X2505-036,   PO BOX 10438,    DES MOINES, IA 50306-0438
13459001       +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
13474397        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13459002       +Wf Crd Svc,    Po Box 10438,   Des Moines, IA 50306-0438
13459003       +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
13914425        eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:04     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13559372       +E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:34
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13458987       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:30:11     Cap1/Boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13458989       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:21     Comenity Bank/Limited,
                 Po Box 182789,    Columbus, OH 43218-2789
13458990       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:37:22     Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
13458992       +E-mail/Text: cashiering-administrationservices@flagstar.com Jul 18 2019 03:38:45
                 Flagstar Bank,    5151 Corporate Dr,   Troy, MI 48098-2639
13458993        E-mail/Text: camanagement@mtb.com Jul 18 2019 03:37:14     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13499989        E-mail/Text: camanagement@mtb.com Jul 18 2019 03:37:14     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13532597        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:31:14
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13506292        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13531903        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:30
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
13795616        E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
13471496        E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:29:14
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13458996       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:07     Syncb/Lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
13458997       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:07     Syncb/Oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0313-2          User: Randi              Page 2 of 2                  Date Rcvd: Jul 17, 2019
                              Form ID: 138NEW          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13458998       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:31:06      Syncb/Walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-5024
13460883       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 18 2019 03:38:44      Webbank-Fingerhut,
                 6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
13459000       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 18 2019 03:38:44      Webbank/Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr*            +Webbank-Fingerhut,   6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
13458991*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Fia Csna,    Po Box 982235,   El Paso, TX 79998)
13458995      ##+Renata Bradley,   7663 Overbrook Avenue,   Philadelphia, PA 19151-2015
                                                                                    TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
```
              ANDREW SPIVACK    on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION paeb@fedphe.com
              DAVID M. OFFEN    on behalf of Debtor Gardenia    Bradley dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JAMES A. PROSTKO    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gardenia Bradley
      Debtor(s)

Bankruptcy No: 15−10365−elf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                            For The Court
                            Timothy B. McGrath
                            Clerk of Court

Dated: 7/17/19

                            51 − 50
                           Form 138_new