United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gardenia Bradley  
      Debtor

Case No. 15-10365-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Aug 19, 2019  
                     Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.  
db         +Gardenia Bradley,   8316 Temple Road,   Philadelphia, PA 19150-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:  
         ANDREW  SPIVACK    on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION paeb@fedphe.com  
         DAVID M. OFFEN    on behalf of Debtor Gardenia  Bradley dmo160west@gmail.com,  
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         JAMES A. PROSTKO     on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com  
         JOSHUA ISAAC GOLDMAN     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         MARIO J. HANYON     on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION paeb@fedphe.com  
         MARIO J. HANYON     on behalf of Creditor    Lakeview Loan Servicing, LLC paeb@fedphe.com  
         THOMAS I. PULEO     on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                               TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Gardenia Bradley                                          : Case No. 15−10365−elf
     Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 19, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                            By The Court

                                            Eric L. Frank
                                            Judge , United States Bankruptcy Court